State v. Robinson

STATE OF NORTH CAROLINA v. OSCAR TIMOTHY ROBINSON

No. 7210SC743

(Filed 25 October 1972)

ON *certiorari* to review a trial before *Bickett, Judge,* 13 December 1963 Session of WAKE Superior Court.

Defendant, represented by counsel, pleaded guilty to felonious breaking and entering and felonious larceny. The cases were consolidated for judgment and a prison sentence of ten years was imposed. Although defendant's counsel gave notice of appeal, statement of case on appeal was not served and, on motion of the Solicitor, the appeal was dismissed. We allowed certiorari to perfect a late appeal.

*Attorney General Robert Morgan by William F. Briley, Assistant Attorney General for the State.*

*Sanford, Cannon, Adams & McCullough by John H. Parker for defendant appellant.*

VAUGHN, Judge.

We have carefully examined the record and briefs of counsel. We find no error.

No error.

Judges HEDRICK and GRAHAM concur.